UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TIERRA VANCE, individually and on behalf
of the estate of JULIANNA PEREZ,

                Plaintiff,

    - against -

CITY OF NEW YORK, MERCY FIRST,
JOHN B. MATTINGLY, as Commissioner of
New York City's Administration for
Children's Services, ARLENE VAUGHAN,
individually and in her official capacity, and
LAKEASHA WILLIAMS, individually and in
her official capacity,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No. 09 CV 5372 (RRM) (MDG)

NOTICE OF MOTION

    PLEASE TAKE NOTICE that Plaintiff, by her attorneys, will move before the Honorable Roslyn R. Mauskopf, United States District Judge, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, in Courtroom 6A, on March 9, 2012, for an order pursuant to Local Rule 83.2(b) to approve the settlement and dismiss the Amended Complaint in the above-captioned case as set forth in the attached proposed order and for other such relief as may be just and proper.

Dated:  New York, New York
          February 17, 2012

DAVIS POLK & WARDWELL LLP

By: /s/ Sharon Katz
    Sharon Katz

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
*Counsel for Plaintiff Tierra Vance*